# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

ABULAY NIAN,

       Petitioner, : Case No. 2:17-cv-313

  - vs -                               District Judge James L. Graham
                                          Magistrate Judge Michael R. Merz

WARDEN, North Central
  Correctional Complex,

                                                :
       Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby transferred from The Honorable Norah McCann King to The Honorable Michael R. Merz.

June 1, 2021.

                                                                   s/ *Michael R. Merz*
                                                            United States Magistrate Judge